# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BARBARA PEER,

        Plaintiff,

v.                                                            No.: 2:18-cv-00150-MV-KRS

CHICO'S FAS, INC.,

        Defendant.

## STIPULATED ORDER OF EXTENSION

THIS MATTER, having come before the Court upon the Stipulated Motion to Extend Deadline to File Dismissal Documents, the Court FINDS that the Stipulated Motion is well taken.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, that the Motion is GRANTED.

IT IS FURTHER ORDERED, that the dismissal documents shall be submitted to the Presiding Judge on or before **February 11, 2019.**

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE